### Norman George v. The State.

No. 1598. Decided March 6, 1912.

**Gaming—Indictment.**

Where the indictment alleged that the defendant unlawfully bet at a game played with cards, and did not negative that it was at a private house or played at a place prohibited under the statutes, the same was fatally defective. Following Chapman v. State, 63 Texas Crim. Rep., 494.

Appeal from the County Court of Hood. Tried below before the Hon. J. P. Mahan.

Appeal from a conviction of gaming; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—This indictment charges appellant

did unlawfully bet at a game played with cards and does not negative that the game was at a private house, nor does it charge that the game was played at any place prohibited under the statute. The indictment is fatally defective under the decision in the case of Chapman v. State, 63 Texas Crim. Rep., 494, decided at the present term of court.

The judgment is reversed and the prosecution dismissed.

*Dismissed.*